# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DENNIS PATTERSON & MARY E. PATTERSON        Case Number: 07-71912
1755 THORNAPPLE LANE                    SSN-xxx-xx-2542 & xxx-xx-1069
ALGONQUIN, IL  60102

Case filed on:    8/13/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DENNIS PATTERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WILSHIRE CREDIT CORPORATION | 39,468.55 | 31,000.00 | 0.00 | 0.00 |
|  | Total Secured | 39,468.55 | 31,000.00 | 0.00 | 0.00 |
| 002 | ASPEN/FB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREDIT PROTECT ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | GMAC | 13,165.49 | 131.65 | 0.00 | 0.00 |
| 005 | I C SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PLAINS COMMERCE BANK | 612.50 | 6.12 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 144.41 | 1.44 | 0.00 | 0.00 |
|  | Total Unsecured | 13,922.40 | 139.21 | 0.00 | 0.00 |
|  | Grand Total: | 53,390.95 | 31,139.21 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan